UNITED STATES DISTRICT COURT    EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| *versus* | § CASE NO. 4:05-CR-178-MAC-CAN |
| | § |
| RONALD LOFTICE | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court as well as his right to object to the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of four (4) months of custody with four (4) months home detention to follow and an additional five (5) years of supervised release to follow home detention.

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 19th day of January, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE