IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:05-CR-178-SDJ-KPJ |
| | § |
| RONALD KEITH LOFTICE | § |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and a recommendation (Dkt. #71) that Defendant be committed to the custody of the Bureau of Prisons for a term of ten (10) months' imprisonment, followed by three (3) years of supervised release under the same conditions previously imposed. The Magistrate Judge further recommended Defendant be placed at the Federal Bureau of Prisons facility in El Reno, Oklahoma, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #70), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons for a term of ten (10) months' imprisonment, followed by three (3) years of supervised release

under the same conditions previously imposed. The Court recommends Defendant be placed at the Federal Bureau of Prisons facility in El Reno, Oklahoma, if appropriate.

**So ORDERED and SIGNED this 21st day of March, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE